# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:18-CR-101-TLS |
| ) | |
| AUGUSTINE PIKE ) | |

## ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATION

This matter is before the Court on the Amended Findings and Recommendation of the United States Magistrate Judge [ECF No. 109], filed on July 30, 2019. The Defendant has waived objection to the Amended Findings and Recommendation.

The Court being duly advised, ADOPTS the Amended Findings and Recommendation [ECF No. 109] in its entirety and ACCEPTS the amended recommended disposition. As a result, the original Findings and Recommendation [ECF No. 92] are MOOT. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Count 1 of the Indictment is hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offense.

The Sentencing Scheduling Order scheduling sentencing-related deadlines and hearings will be issued by separate order.

SO ORDERED on August 15, 2019.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT